THE PEOPLE OF THE STATE OF NEW YORK ex rel. MATILDA LIBERTY, as Administratrix of the Estate of STEPHEN LIBERTY, Deceased, Respondent, *v.* HARRY M. COOKE, as Acting Mayor of the City of Plattsburg, et al., Appellants.

*Police — jurisdiction of police committee of common council of city of Plattsburg to take part in trial of charges against member of police force.*

*People ex rel. Liberty* v. *Cooke,* 188 App. Div. 351, affirmed.

(Argued September 27, 1920; decided October 12, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 8, 1919, annulling on certiorari a determination of the defendants suspending the relator's intestate from duty as a policeman in the city of Plattsburg and

reinstating him in office. Relator's intestate was charged with neglect of duty as a patrolman. Under the charter of the city it was the duty of the mayor to "try and determine the charge." The mayor was a material witness, and, therefore, considering himself unable to act, directed the president of the common council, as acting mayor, to hear and determine the charge. The acting mayor was chairman of the police committee of the common council, and the other two members of said committee sat with him and participated in the trial and decision. The Appellate Division held that said committee had no jurisdiction.

*J. Edgar Downs, Corporation Counsel (Patrick J. Tierney* of counsel), for appellants.

*John E. Judge* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, CRANE and ELKUS, JJ.